# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ZACHARY EDMONDS, ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> BLUESTEM BRANDS, INC. D/B/A ) <br> FINGERHUT, ) <br> Defendant. ) | C. A. No.: 3:16-cv-01166 JAM <br><br> April 12, 2018 |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

Respectfully submitted,

**PLAINTIFF, ZACHARY EDMONDS**

By  */s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire, ct28597
Kimmel & Silverman, P.C.
*The New England Office*
136 Main Street, Suite 301
Danielson, CT 06239
Direct Dial: (860) 866-4380
atroccoli@creditlaw.com

**DEFENDANT, BLUESTEM BRANDS, INC. D/B/A FINGERHUT,**

By  */s/ Howard Fetner*
Howard Fetner, Esquire, ct26870
Day Pitney, LLP
One Audubon Street
New Haven, CT 06511
Phone: (203) 752-5000
hfetner@daypitney.com

1

By  */s/ Erin L. Hoffman*
Erin L. Hoffman, Esquire, phv
Faegre Baker Daniels, LLP
90 South 7th Street
Minneapolis, MN 55402
Phone: (612) 766-8043
erin.hoffman@faegrebd.com

BY THE COURT:

_____
J.

## CERTIFICATION

I hereby certify that on April 12, 2018, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

*/s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire